IN RE L. F. C. (Involuntary Commitment), No. 208-75

August 4, 1976. Appeal dismissed for failure to comply with progress order of June 1, 1976.

STATE of Vermont v. Roger L. PERRON, No. 278-75

August 4, 1976. Appeal dismissed for failure to comply with progress order of June 1, 1976.

Peter LaPINE v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 13-76

August 4, 1976. Appeal dismissed for failure to comply with progress order of June 1, 1976.

Kenneth MURRAY v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 17-76

August 4, 1976. Appeal dismissed for failure to comply with progress order of June 1, 1976.

Lorraine KIEFER v. PICO PEAK SKI RESORT, INC., No. 195-76

August 4, 1976. Motion for Permission to Appeal, Pursuant to V.R.A.P. 5(b)(1), denied as moot.

STATE of Vermont v. Frederick J. ANGELUCCI, Nos. 229-76 & 230-76

August 4, 1976. No judgment having been entered as provided by V.R.Cr.P. 32(b) the cause is returned to District Court, Unit No. 5, Washington Circuit, where jurisdiction still remains. There being no jurisdiction in this Court, the application for bail is dismissed.

Suzanna L. WADLEIGH v. James WADLEIGH, No. 221-76

August 5, 1976. This cause is remanded to the Chittenden Superior Court pending appeal for the sole purpose of hearing and determining appellant's Motion for Restraining Order, with direction to advance said cause upon the docket and to report to this Court its action upon said motion.

STATE of Vermont v. Frederick J. ANGELUCCI, No. 229-76

August 18, 1976. It not being made to appear that the lower court abused its discretion in denying the motion to stay execution pending appeal, or that there are present circumstances commending to a majority of this Court the exercise of its discretion in favor of release of this defendant pending appeal, the motion for stay of execution and release on bail is denied. *State* v. *McGrail*, 133 Vt. 328, 329, 340 A.2d 75 (1975).